DOLL AND STUFFED TOY MANUFACTURERS ASSN. v. IDEAL NOVELTY & TOY CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

PHILIP C. WADSWORTH, as Receiver, etc., v. FRANK VAN ANDEN, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

JEREMIAH J. BLASI v. ANNIE BLASI.— Motion to dismiss appeal granted. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

ELSA SAALFELD v. GUSTAV BAER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

In the Matter of the Petition of ARNOLD R. HANSON and Others for an Inspection of Stock Book of HOOKER ELECTROCHEMICAL COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

CHARLES LAWREY v. WALKER D. HINES, Director-General of Railroads, etc.— Motion granted. Settle order, containing question or questions to be certified, on notice. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

E. L. QUARLES CORPORATION v. NATIONAL SURETY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

HENRY P. WINTER and Others v. AMERICAN ANILINE PRODUCTS, INC.— Motion granted. Settle order, containing question or questions to be certified, on notice. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

HARRY ALTMAN and Another v. ISAAC OZDOBA and Another. HARRY ALTMAN and Another v. ISAAC OZDOBA and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

MAURICE GOLDBERGER, on Behalf of Himself, etc., v. FIDELIO BREWING CO., INC., and Others. MAURICE GOLDBERGER v. NORMAN S. GOLDBERGER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

JOHN F. McCARTHY v. KREBS PIGMENT AND CHEMICAL COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

JAMES B. REGAN v. WASHINGTON MARINE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

SUSANNE A. FEIBER v. HARRY H. FEIBER.— Motion granted. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

HARRY HALPER v. BENJAMIN HALPER and Others, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

KARL NEUMOND and Another v. FARMERS' FEED COMPANY OF NEW YORK.— Motion granted. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

LAWRENCE S. GILLESPIE and Others v. AMERICAN CINEMA CORPORATION.— Motion denied. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

LEWIS L. FERGUSON v. BORIS S. FOX.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.

IRWIN HOLDING Co., INC., v. SIDNEY H. WEINBERG.— Motion granted. Present — Clarke, P. J., Smith, Page, Merrell and McAvoy, JJ.